**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

*FILED
BILLINGS DIV.*

*2010 NOV 29 PM 2 39*

*PATRICK E. DUFFY, CLERK*

*BY_____*

*DEPUTY CLERK*

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

LAURA ANN JOSS, individually and as
Personal Representative of the Estate of
JOHN W. JOSS, JR., deceased, etc.,

                         NO. CV-08-68-BLG-RFC-CSO

Plaintiffs,

STACY PERINE BARBER and
ANGIE PERINE, individually and as
Personal Representative of the Estate
of HUBERT DON PERINE, deceased,

                         **ORDER OF DISMISSAL
WITH PREJUDICE**

Intervenor Plaintiffs

    -vs-

FORD MOTOR COMPANY, *et al.*,

Defendants.

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

    Upon Stipulation by the Plaintiffs, Intervenor Plaintiffs and Defendants,

acting through their counsel of record, and good cause appearing:

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and

that each of the parties shall bear their own costs and attorney's fees.

    DATED this_____ day of_____ 2010.

                        Richard F. Cebull
                        United States Magistrate Judge